AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-10329

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **LiveFree Emergency Response Inc**
was recieved by me on  **2/19/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **joseph Lopez**, who is designated by law to accept service of process on behalf of **LiveFree Emergency Response Inc** at **3411 Hawthorne Road, Pocatello, ID 83021** on **02/22/2024 at 9:32 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  02/22/2024

*Server's signature*

**Tamy Holjeson**
*Printed name and title*

**636 E Elaine Circle
INKOM, ID 83245**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to joseph Lopez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Vice president of human resources.**





Tracking #: **0125397052**