IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on Behalf of others similarly situated,*<br><br>　　　Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)　　Civil Case No. 1:24-cv-10329<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOSHUA K. CHANDLER

I, Joshua K. Chandler, hereby declare under penalty of perjury under the laws of the United States of America that:

1.      My name is Joshua K. Chandler. I am over 21 years of age, of sound mind, and competent to make this affidavit. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2.      I am the President and Co-Founder of LiveFree Emergency Response, Inc. ("LiveFree"), the Defendant in this action.

3.      I have reviewed the Class Action Complaint (the "Complaint") filed by Garrett Traylor ("Plaintiff" or "Traylor"), individually, and on behalf of others similarly situated, and dispute the allegations contained in the Complaint, including but not limited to, those upon which Plaintiff alleges personal jurisdiction.

4.      LiveFree did not make the calls alleged in the Complaint, either to Plaintiff or to any "putative class members."

1

5.      LiveFree is a Delaware Corporation with its principal place of business located at 3411 Hawthorne Road, Pocatello, Idaho 83201.

6.      LiveFree manufactures personal emergency response systems, such as its LifeBeacon product. LifeBeacon is a life-saving emergency fall device that allows people who are fall risks to alert first responders in the event of an emergency.

7.      LiveFree primarily sells its products through a network of independent dealers ("Dealers") on a wholesale, per unit basis. Dealers may also opt to purchase certain services from LiveFree on a per unit basis. The services LiveFree offers to Dealers include such things as order fulfillment, product support, payment processing, and device monitoring. Other than the per unit prices it charges its dealers, LiveFree does not derive any economic benefit from the Dealers' sale of devices or monitoring contracts the Dealer may enter into with its customers.

8.      LiveFree does not receive a commission on any product sale or monitoring contract Dealers may make to their customers.

9.      To the extent LiveFree provides payment processing to dealers, all funds derived from the sale of such devices and monitoring are remitted directly to the Dealers, minus a payment processing fee which is derived from the fee charged by LiveFree's payment processing platform, the same as any other merchant fee charged for processing credit and debit card transactions.

10.     LiveFree exercises no control over the price at which Dealers market or sell LifeBeacon or monitoring services.

11.     As part of the Dealer relationship, Dealers receive a limited-use license to market and sell LifeBeacon devices using its trademark, but Dealers are prohibited from holding themselves out as LiveFree or LifeBeacon or from acting in any way that might suggest that the

Dealer is an agent of LiveFree. In other words, Dealers can tell customers that they are selling the LifeBeacon device, but they cannot say they are calling on behalf of LiveFree or LifeBeacon.

12.     LiveFree does not systematically and continuously conduct business in the Commonwealth of Massachusetts as alleged in the Complaint.

13.     LiveFree has not "knowingly and purposefully availed itself to the Commonwealth of Massachusetts" as alleged in the Complaint.

14.     LiveFree has no offices or employees in the Commonwealth of Massachusetts.

15.     LiveFree does not manufacture its products in the Commonwealth of Massachusetts.

16.     LiveFree does not have any Dealers located in Massachusetts.

17.     LiveFree does not offer any services from the Commonwealth of Massachusetts.

18.     LiveFree does not use an automatic dialing system or automatic dialing software.

19.     LiveFree does not use pre-recorded messages, it does not make robocalls, and it does not use "avatars" to market or sell its products.

20.     LiveFree does not call persons that are registered on the National Do-Not-Call Registry.

21.     Any individual (as opposed to a Dealer) seeking to purchase a LifeBeacon on a one-off basis is contacted by a live, human representative only after such individual consents to such contact.

22.     LiveFree's website, www.lifebeacon.com, does not directly market to individuals, including individuals living in the Commonwealth of Massachusetts.

23.     Individuals cannot purchase LifeBeacon via LiveFree's website. If individuals are interested in getting more information about LifeBeacon, they must complete a form that requires them to input their personal information or to call LiveFree's sales department.

24.     Before LiveFree will initiate contact with an individual, they must first opt-in to such contact through LiveFree's website or directly respond to an internet advertisement, which requires them to consent to such contact.

25.     LiveFree does not initiate consumer inquiries for its products within the Commonwealth of Massachusetts, unless such potential consumers first provide LiveFree with their contact information.

26.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


_____
JOSHUA K. CHANDLER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2024, a true copy of this document was served electronically on all counsel of record.

*/s/ Bryan P. Stevens*
Bryan P. Stevens
