IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on Behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.<br><br>Defendant. | Civil Case No. 1:24-cv-10329 |

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Rule 26.2 and the Notice of Scheduling Conference [Doc. 14], Defendant LiveFree Emergency Response, Inc. ("LiveFree" or "Defendant") make these initial disclosures as follows:

**A.     Rule 26(a)(1)(A)(i) – The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

| Person | Contact Information | Subject(s) of Information |
|---|---|---|
| Garrett Traylor | c/o Christopher E. Roberts<br>Butsch Roberts & Associates LLC<br>7777 Bonhomme Ave., Ste. 1300<br>Clayton, Missouri 63105<br>Telephone: 314.862.5700<br><br>Craig Thor Kimmel, Esq.<br>Jacob U. Ginsburg<br>Kimmel & Silverman, P.C.<br>30 East Butler, Ave.<br>Ambler, Pennsylvania 19002<br>Telephone: 267.468.5374 | Garrett Traylor is the Plaintiff in the above-styled lawsuit. Mr. Traylor has knowledge relating to Plaintiff's claims and Defendant's defenses to those claims. |

1

| Person | Contact Information | Subject(s) of Information |
|---|---|---|
| Josh Chandler | c/o Bryan P. Stevens<br>Clayton S. Carter<br>Hallett & Perrin, PC<br>1445 Ross Ave., Suite 2400<br>Dallas, Texas 75202<br>Telephone: 214.953.0053<br><br>Christopher A. Kenney<br>Anthony B. Fioravanti<br>Kenny & Sams, P.C.<br>Reservoir Corporate Center<br>144 Turnpike Rd. Suite 350<br>Southborough, MA 01772<br>Telephone:  508.490.8500 | Josh Chandler is the owner of LiveFree. He has knowledge relating to Plaintiff's claims and Defendant's defenses to those claims, including that LiveFree did not place any calls to the Plaintiff. |
| Kevin Quinton | qsynergyllc@gmail.com<br>Telephone: 813.531.3045 | Kevin Quinton is the owner of Smart Monitoring Solutions, LLC ("SMS") and QSynergy LLC ("QSynergy"), entities that are neither directly or indirectly owned or controlled by LiveFree. Mr. Quinton has knowledge relating to the calls Plaintiff alleges he received. |

LiveFree reserves the right to amend this list as additional individuals are identified by the parties during the discovery phase of this lawsuit. LiveFree further incorporates by reference all other persons identified by Plaintiff as part of their initial disclosures as if set forth fully herein.

**B.      Rule 26(a)(1)(A)(ii) – A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The documents LiveFree believes it may use to support its defenses are in the possession of third parties, not in the possession, custody, or control of LiveFree. Documents sufficient to describe the relationship between LiveFree, on the one hand, and SMS and QSynergy, on the other hand, will be produced by LiveFree. Specifically, LiveFree has previously produced to Plaintiff LiveFree's Dealer Agreement. LiveFree reserves the right to supplement this response as documents are identified.

C.   **Rule 26(a)(1)(A)(iii) – Computation of Damages.**

Pursuant to Rule 26(a)(1)(A)(iii), LiveFree is not claiming any damages at this time. LiveFree reserves the right to supplement and/or amend this disclosure at the appropriate time.

D.   **Rule 26(a)(1)(A)(iv) – Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Respectfully submitted,

HALLETT & PERRIN, P.C.

/s/ Bryan P. Stevens
Bryan P. Stevens (*pro hac vice*)
Texas Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter (*pro hac vice*)
Texas Bar No. 24120750
ccarter@hallettperrin.com
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
(214) 953-0053

Christopher A. Kenney, Esq., BBO No. 556511
cakenney@KSlegal.com
Anthony B. Fioravanti, BBO No. 664823
abfioravanti@KSlegal.com
Kenney & Sams, P.C.
Reservoir Corporate Center
144 Turnpike Road, Suite 350
Southborough, MA 01772
(508) 490-8500

ATTORNEYS FOR DEFENDANT
LIVEFREE EMERGENCY RESPONSE, INC.

## **CERTIFICATE OF SERVICE**

  I, Bryan P. Stevens, hereby certify that on April 19, 2024, the forgoing document was filed electronically with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by first class mail.

              */s/ Bryan P. Stevens*
              Bryan P. Stevens