UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on behalf of others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., and Q SYNERGY, LLC,<br><br>Defendants. | Case No. 1:24-cv-10329-IT<br><br><br>Hon. Indira Talwani |

**PLAINTIFF'S SECOND ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC.'S MOTION TO DISMISS**

AND NOW, Plaintiff, Garrett Traylor ("Plaintiff" or "Traylor"), with the assent of LiveFree Emergency Response, Inc. ("Defendant" or "LiveFree") hereby moves this Court for a second extension of time by one week to respond to LiveFree's Motion to Dismiss, which would render the new response date June 13, 2024. Doc. No. 32. In connection therewith, Plaintiff states as follows:

1. On April 25, 2024, Plaintiff filed his First Amended Complaint. Doc. No. 26.

2. On May 16, 2024, LiveFree filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2), where it contends this Court lacks personal jurisdiction over LiveFree. Doc. No. 25.

3. Originally, under Local Rule 7.1(b)(2), Plaintiff's response in opposition to that motion was due May 30, 2024.

4. Plaintiff filed an assented-to motion to extend his response to LiveFree's motion to dismiss, until June 6, 2024. Doc. No. 33.

5. The Court granted that assented-to motion. Doc. No. 34.

6. Accordingly, the current response deadline is June 6, 2024.

7.  The undersigned has been training new staff and it is now apparent he has a busier than expected week due to matters arising in other cases.

8.  The undersigned's co-counsel, Chris Roberts, has been in depositions for most of the week, and has also had less time than expected to devote to Plaintiff's opposition brief.

9.  The undersigned communicated with Clayton Carter, counsel for LiveFree, who advised LiveFree assents to a second extension of the deadline by one week to response to Defendant LiveFree's pending motion to dismiss. This extension would render the new deadline June 13, 2024.

10. Plaintiff is appreciative of the Court's time and attention.

WHEREFORE, with assent of Defendant LiveFree Emergency Response, Inc., Plaintiff Garrett Traylor moves this Honorable Court for an extension of the deadline to respond to Defendant LiveFree's motion to dismiss, from June 6, 2024 until June 13, 2024.

Respectfully submitted,

KIMMEL & SILVERMAN, P.C.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (*phv*)
30 East Butler Avenue
Ambler, PA 19002
Telephone: (267) 468-5374
Fax: (877) 788-2864
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

BUTSCH ROBERTS & ASSOCIATES LLC

Christopher E. Roberts (*phv*)
7777 Bonhomme Avenue, Suite 1300

>Clayton, MO 63105
>Telephone: (314) 863-5700
>croberts@butschroberts.com
>
>*Attorneys for Plaintiff*

Dated: June 4, 2024

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify I served a true and correct copy of the above on all parties of record via ECF on this June 4, 2024.

>*/s/ Jacob U. Ginsburg*