IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on Behalf of others similarly situated,* )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LIVEFREE EMERGENCY RESPONSE, INC. )<br>)<br>)<br>    Defendant. ) | Civil Case No. 1:24-cv-10329 |

**PLAINTIFF GARRETT TRAYLOR'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Plaintiff, Garrett Traylor ("Traylor"), moves this Court for leave to file a Sur-Reply brief not to exceed 10 pages in response to Defendant's LiveFree Emergency Response, Inc. ("LiveFree") Reply Memorandum in Support of LiveFree's Rule 12(b)(2) Motion to Dismiss. As grounds for its motion, Traylor states the following:

1. LiveFree's Motion to Dismiss addresses the bases warranting dismissal of Traylor's Amended Class Action Complaint due to the lack of personal jurisdiction over LiveFree.

2. Traylor was unopposed to LiveFree's Motion for Leave to File a Reply Memorandum in support of its Moton to Dismiss so long as LiveFree consented to Traylor filing a Sur-Reply of the same length as LiveFree's reply brief (ten pages). LiveFree consented to this request.

3. This Motion for Leave to File a Sur-Reply is not opposed by LiveFree.

WHEREFORE, Traylor requests that this Honorable Court grant this motion and allow Traylor to file a 10-page Reply Brief in Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

**Butsch Roberts & Associates**

/s/ Christopher E. Roberts
Christopher E. Roberts (pro hac vice)
croberts@butschroberts.com
7777 Bonhomme Avenue,
Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700

ATTORNEYS FOR PLAINTIFF

### LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel hereby certifies that he conferred in good faith with the Defendant's counsel and Defendant's counsel indicated that it is unopposed to this motion.

/s/ Christopher E. Roberts
Christopher E. Roberts

### CERTIFICATE OF SERVICE

I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 8th day of July 2024.

/s/ Christopher E. Roberts
Christopher E. Roberts