UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., and Q SYNERGY, LLC,<br><br>Defendants. | Case No. 1:24-cv-10329-IT<br><br><br>Hon. Indira Talwani |

**SUPPLEMENTAL DECLARATION OF GARRETT TRAYLOR**

I, Garrett Traylor, hereby certify and declare as follows:

1. I am the Plaintiff in the above-captioned matter.

2. I have personal knowledge of the averments contained in this Declaration.

3. In my First Amended Complaint I described receiving a call on May 8, 2020 where I stayed on the line and spoke with an agent, received a customer support number to call. I described calling that number and then speaking with "Tina" from LiveFree. Doc. No 26, ¶¶ 61-68.

4. In my declaration in opposition to Defendant LiveFree Emergency Response, Inc.'s motion to dismiss, I averred:

> On May 8, 2020, I stayed on the line to speak with a live agent to inquire as to who was the company calling. The live agent who appeared on the line disclosed her name was "Tina"…

Doc. No. 38, ¶ 16.

5. The chronology of events relating to the May 8, 2020 calls, set forth in the Amended Complaint, is correct. Whereas, the chronology of events from the May 8, 2020 call set

forth in my declaration inadvertently omitted that I spoke with Tina **after** I called the number I had been told to call- 813-492-8627.

6.  While I did speak with an agent on May 8, 2020 after staying on the line during the call I received, it was after I called 813-492-8627 that I spoke with Tina from LiveFree. Both the incoming and outgoing call from May 8, 2020 are reflected in the phone records I attached to my declaration, at Doc. No. 38-3, p. 3 of 6.

7.  That omission from my description of the events from the May 8, 2020 calls in my original declaration was an oversight. I submit this supplemental declaration to correct the record.

I, Garrett Traylor, hereby declare and certify the foregoing is true and correct subject to penalties of perjury under 28 U.S.C. § 1746:

SO CERTIFIED:

Signed by:
*Garrett Traylor*
—69DFBF2C196C4D6...
GARRETT TRAYLOR

Dated:   7/26/2024