**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Massachusetts

Case Number: 1:24-CV-10329-IT

Plaintiff:
**GARRETT TRAYLOR**

vs.

Defendant:
**LIVEFREE EMERGENCY RESPONSE INC, ET AL.**

LIN2024037708

For:
Christopher E. Roberts
Butsch Roberts & Associates LLC
7777 Bonhomme Avenue
Suite 1300
Clayton, MO 63105

Received by Lynx Legal Services, LLC on the 24th day of July, 2024 at 12:26 pm to be served on **Q Synergy, LLC, 19219 Brown Road, Lutz, FL 33559**.

I, Rebekah Torres, do hereby affirm that on the **29th day of July, 2024** at **8:50 pm, I:**

served an **LLC, LP or LLP** by delivering a true copy of the **21-Day Summons in a Civil Action and First Amended Class Action Complaint,** with the date and hour of service endorsed thereon by me, to: **Kevin Quinton** as **Registered Agent** of **Q Synergy, LLC**, at the address of: **19219 Brown Road, Lutz, FL 33559**, and informed said person of the contents therein, in compliance with F.S. 48.061 and F.S. 48.062.

**Additional Information pertaining to this Service:**
7/30/2024  3:56 pm  Server confirmed Kevin identified himself and actually did not give her any issues when serving him. He even asked if the documents were for him personally or the business Q Synergy, LLC which the server let him know it was directed to Q Synergy, LLC.

**Description** of Person Served: Age: 36 to 41, Sex: M, Race/Skin Color: Caucasian, Height: 5'6" to 5'11", Weight: 145 to 150, Hair: Grey, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

**Rebekah Torres**
Process Server

**Lynx Legal Services, LLC**
**201 E. Pine Street**
**Suite 740**
**Orlando, FL 32801**
**(407) 872-0707**

Our Job Serial Number: LIN-2024037708

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a