# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on behalf of others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., and Q SYNERGY, LLC,<br><br>Defendants. | Case No. 1:24-cv-10329-IT<br><br><br>Hon. Indira Talwani |

## STIPULATED MOTION FOR PROTECTIVE ORDER

AND NOW, Plaintiff Garrett Traylor and Defendant LiveFree Emergency Response, Inc. hereby stipulate to the proposed protective order filed concurrently with this stipulation. The stipulated motion is filed to protect the confidential, highly sensitive and proprietary information of the parties and/or non-parties subject to this litigation, based on the standard form included in the District of Massachusetts' Standing Order.

SO STIPULATED:

KIMMEL & SILVERMAN, P.C.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (*phv*)
30 East Butler Avenue
Ambler, PA 19002
Telephone: (267) 468-5374
Fax: (877) 788-2864
jginsburg@creditlaw.com
teamkimmel@creditlaw.com


BUTSCH ROBERTS & ASSOCIATES LLC

Christopher E. Roberts (*phv*)
7777 Bonhomme Avenue, Suite 1300

Clayton, MO 63105
Telephone: (314) 863-5700
croberts@butschroberts.com
*Attorneys for Plaintiff*

HALLETT & PERRIN, P.C.

*/s/ Bryan P. Stevens* (w/ permission)
Bryan P. Stevens (*pro hac vice*)
Texas Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter (*pro hac vice*)
Texas Bar No. 24120750
ccarter@hallettperrin.com
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
(214) 953-0053

Christopher A. Kenney, Esq., BBO No. 556511
cakenney@KSlegal.com
Anthony B. Fioravanti, BBO No. 664823
abfioravanti@KSlegal.com
Kenney & Sams, P.C.
Reservoir Corporate Center
144 Turnpike Road, Suite 350
Southborough, MA 01772
Tel: (508) 490-8500
Attorneys for Defendant LiveFree Emergency Response, Inc.

CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esq. hereby certify that a true and correct copy of the foregoing was served on all parties of record via ECF on this Oct. 10, 2024.

*/s/ Jacob U. Ginsburg*