IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on Behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.<br><br>Defendant. | Civil Case No. 1:24-cv-10329 |

**DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC.'S**
**SUPPLEMENTAL NOTICE OF RELATED ACTION**

Pursuant to the Court's Standing Order Regarding Notice of Related Civil Actions, Defendant LiveFree Emergency Response, Inc. ("LiveFree") files this Supplemental Notice of Related Action.

On April 15, 2024, in additional filings, LiveFree notified the Court that it was a party to a previously-filed lawsuit, styled *Jeffrey Gibbs, et al. v. LiveFree Emergency Response, Inc.*, Case No. 4:23-cv-00170-REP ("Gibbs Lawsuit") in the United States District Court for the District of Idaho. *See* [Doc. 23], [Doc. 25], [Doc. 32]. Like the above-styled action, the Gibbs Lawsuit also sought to certify a class action against LiveFree under the Telephone Consumer Protection Act.

LiveFree now files this Supplemental Notice of Related Action to alert the Court that, prior to the certification of any class, the parties to the Gibbs Lawsuit have settled their disputes and that the Honorable B. Lynn Winmill dismissed the Gibbs Lawsuit in its entirety with prejudice on November 7, 2024.

1

Respectfully submitted,


 /s/ Bryan P. Stevens
Bryan P. Stevens (*admitted pro hac vice*)
Texas Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter (*admitted pro hac vice*)
Texas Bar No. 24120750
ccarter@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(214) 953-0053

Christopher A. Kenney, Esq., BBO No. 556511
cakenney@KSlegal.com
Anthony B. Fioravanti, BBO No. 664823
abfioravanti@KSlegal.com
Kenney & Sams, P.C.
Reservoir Corporate Center
144 Turnpike Road, Suite 350
Southborough, Massachusetts 01772
(508) 490-8500

ATTORNEYS FOR DEFENDANT
LIVEFREE EMERGENCY RESPONSE, INC.

**CERTIFICATE OF SERVICE**

  I, Bryan P. Stevens, hereby certify that on November 7, 2024, the forgoing document was filed electronically with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by first class mail.

               */s/ Bryan P. Stevens*
               Bryan P. Stevens