# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GARRETT TRAYLOR, *individually, and on behalf of others similarly situated*,

Plaintiff,

v.

LIVEFREE EMERGENCY RESPONSE, INC., and Q SYNERGY, LLC,

Defendants.

Case No.: 1:24-cv-10329-IT

Hon. Indira Talwani

**Parties' Joint Statement re: Court ORDER at Dkt. 62; and Notice of Stipulated Leave to File Second Amended Complaint**

## PARTIES' JOINT STATEMENT

Plaintiff Garrett Traylor ("Plaintiff") and Defendant LiveFree Emergency Response, Inc. ("Defendant") submit this joint statement pursuant to the Court's Order of December 9, 2024 [Dkt. 62] regarding the need for additional time under the current scheduling order [Dkt. 25-1]. As described below, the Parties believe that they will need additional time to conduct discovery, which necessitates the extension of certain case deadlines.

### Plaintiff's Request for Leave to Amend Complaint

Plaintiff states as follows: Defendant Q Synergy, LLC has failed to answer in this lawsuit, and the court clerk has entered a default against it. Upon information and belief, Q Synergy is in possession of documents Plaintiff believes are necessary to establish the existence of and to certify a class. Among other things, to secure the required documents, Plaintiff served Q Synergy's owner, Kevin Quinton, with a subpoena, requesting that he produce the documents. Quinton, however, has not responded to the subpoena. Plaintiff needs more time to obtain the subpoenaed documents.

Plaintiff also believes that Quinton should be a party in this matter and intends to ask the Court for leave to amend its complaint to add him. Defendant LiveFree does not oppose the Court

granting Plaintiff leave to file a Second Amended Complaint to add Mr. Quinton as a party under FED. R. CIV. P. 15(a)(2).

### Parties Agreed Upon and Proposed Amended Scheduling Order

Due to these developments, the parties agree that additional time to accomplish discovery and meet the Court's other case deadlines is appropriate. The Parties propose the following amendments to the existing scheduling order:

### <u>Proposed Amended Deadlines</u>

| | |
|---|---|
| Deadline to designate experts | Plaintiff by May 2, 2025<br><br>Defendant by June 2, 2025 |
| Deadline to depose experts | July 7, 2025 |
| End of Fact Discovery | May 2, 2025 |
| Deadline to move for class certification | Plaintiff shall file on or before July 28, 2025.<br><br>Defendant shall file its opposition brief within 30 days after Plaintiff files his motion.<br><br>Plaintiff shall file his reply brief 14 days thereafter. |
| Deadline to file dispositive motions | August 7, 2025 |

Respectfully submitted on: January 29, 2025

**HALLETT & PERRIN, P.C.**

Bryan P. Stevens (pro hac vice)
Texas Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter (pro hac vice)
Texas Bar No. 24120750
ccarter@hallettperrin.com
1445 Ross Avenue, Suite 2400
Dallas, TX 75202

**KIMMEL & SILVERMAN, P.C.**

*/s / Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (*phv*)
Craig T. Kimmel, Esq.
30 E. Butler Ave.
Ambler, PA 19002
(267) 468-5374
Fax: (877) 600-2112
jginsburg@creditlaw.com

Telephone: (214) 953-0053
Facsimile: 214.953.4142

**KENNEY & SAMS, P.C.**

Christopher A. Kenney, Esq., BBO No. 556511
cakenney@KSlegal.com
Anthony B. Fioravanti, BBO No. 664823
abfioravanti@KSlegal.com
Reservoir Corporate Center
144 Turnpike Road, Suite 350
Southborough, MA 01772
Tel: (508) 490-8500

*Attorneys for Defendant*
*LiveFree Emergency Response, Inc.*

teamkimmel@creditlaw.com

**BUTSCH ROBERTS & ASSOCIATES LLC**

Christopher E. Roberts, Esq. (*phv*)
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
(314) 863-5700
croberts@butschroberts.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Statement was electronically filed on January 29, 2025 with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Jacob Ginsburg*
Jacob Ginsburg