# EXHIBIT A

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 1:24-cv-10329-IT

Plaintiff:
**GARRETT TRAYLOR, Individually, and on behalf of others similarly situated**

vs.

Defendants:
**LIVEFREE EMERGENCY RESPONSE, INC., and Q SYNERGY, LLC**

For:
Jacob U. Ginsburg, Esq.
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002

Received by Tevitt Givens on the 13th day of December, 2024 at 9:16 am to be served on **Kevin Quinton, 19219 Brown Road, Lutz, FL 33559**.

I, Tevitt Givens, being duly sworn, depose and say that on the **17th day of December, 2024 at 7:36 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena To Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action, Proof of Service, Subpoena To Kevin Quinton, and Request For Production To third-Party** with the date and hour of service endorsed thereon by me, to: **Kevin Quinton** at the address of: **19219 Brown Road, Lutz, FL 33559**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 190, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 18th day of December, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

SAMANTHA NIVEN
Notary Public - State of Florida
Commission # HH 423691
My Comm. Expires Jul 19, 2027
Bonded through National Notary Assn.

**Tevitt Givens**
CPS# 12-681841

**Mobile Notary & Process Server, LLC**
1705 Curry Road
Lutz, FL 33549-7024
(813) 856-6906

Our Job Serial Number: TIV-2024000022