IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, *individually, and on Behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC.<br><br>and<br><br>Q SYNERGY, LLC<br><br>and<br><br>KEVIN QUINTON<br><br>Defendants. | Civil Case No. 1:24-cv-10329 |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO ANSWER
PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant LiveFree Emergency Response, Inc. ("LiveFree") hereby moves to enlarge LiveFree's time to file its answer to Plaintiff's Second Amended Class Action Complaint to, and including, April 28, 2025. In support of this Motion, LiveFree states as follows:

1. Plaintiff filed the Second Amended Class Action Complaint on March 14, 2025, and LiveFree was served on the same day.

2. The parties are exploring the prospect of settlement and wish to avoid incurring extra expense while the parties work toward a resolution.

3. LiveFree's counsel has conferred with Plaintiff's counsel, and Plaintiff assents to this Motion and to the extension of time.

4. No party will be prejudiced by the allowance of this Motion.

WHEREFORE, LiveFree respectfully requests that the Court allow this Motion and order that the time within which LiveFree must file and serve its answer to Plaintiff's Second Amended Class Action Complaint is enlarged to April 28, 2025.

DATED: March 27, 2025

Respectfully submitted,

/s/ Bryan P. Stevens
Bryan P. Stevens (*admitted pro hac vice*)
Texas Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter (*admitted pro hac vice*)
Texas Bar No. 24120750
ccarter@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Telephone: 214.953.0053
Facsimile: 214.922.4142

and

Christopher A. Kenney, Esq., BBO No. 556511
cakenney@KSlegal.com
Anthony B. Fioravanti, BBO No. 664823
abfioravanti@KSlegal.com
Kenney & Sams, P.C.
Reservoir Corporate Center
144 Turnpike Road, Suite 350
Southborough, MA 01772
Telephone: 508.490.8500

*Attorneys for Defendant*
*LiveFree Emergency Response, Inc.*

**LOCAL RULE 7.1 CERTIFICATE**

  I hereby certify that on March 26, 2025, I conferred with Attorney Christopher E. Roberts regarding the subject matter of this Motion by email, and Attorney Roberts indicated Plaintiff's assent to the Motion.

                */s/ Clayton S. Carter*
                Clayton S. Carter (*admitted pro hac vice*)

**CERTIFICATE OF SERVICE**

  I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of March 2025.

                */s/ Bryan P. Stevens*
                Bryan P. Stevens (*admitted pro hac vice*)