IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRETT TRAYLOR, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., Q SYNERGY, LLC, and KEVIN QUINTON,<br><br>          Defendants. | Case No.: 1:24-cv-10329-IT |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC. ONLY**

Plaintiff Garrett Traylor ("Traylor"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses with prejudice any and all claims asserted, or which could have been asserted, by Traylor in the above-styled lawsuit ("Lawsuit") against Defendant LiveFree Emergency Response, Inc. ("LiveFree"), with each party to bear its own costs and expenses. Any claims asserted by putative class members against LiveFree in the Lawsuit are hereby dismissed without prejudice.

**All individual and putative class claims against Defendants Q Synergy, LLC and Kevin Quinton remain pending.**

Date: June 11, 2025

| | |
|---|---|
| BUTSCH ROBERTS & ASSOCIATES LLC | HALLETT & PERRIN, P.C. |
| | |
| /s/Christopher E. Roberts | /s/ Bryan P. Stevens |
| Christopher E. Roberts (*pro hac vice*) | Bryan P. Stevens (pro hac vice) |
| 777 Bonhomme Avenue, Suite 1300 | Texas Bar No. 24051387 |
| Clayton, MO 63105 | bstevens@hallettperrin.com |
| Phone: (314) 863-5700 | Clayton S. Carter (pro hac vice) |
| croberts@butschroberts.com | Texas Bar No. 24120750 |
| | ccarter@hallettperrin.com |
|    -AND- | 1445 Ross Avenue, Suite 2400 |
| KIMMEL & SILVERMAN, P.C. | Dallas, TX 75202 |
| | Telephone: (214) 953-0053 |
| Craig Thor Kimmel, Esq. | Facsimile: 214.953.4142 |
| Jacob U. Ginsburg, Esq. (*pro hac vice*) | |
| 30 East Butler Ave. | AND- |
| Ambler, PA 19002 | |
| Phone: (267) 468-5374 | KENNY & SAMS, P.C. |
| Facsimile:877-788-2864 | |
| kimmel@creditlaw.com | Christopher A. Kenney, Esq., BBO No. 556511 |
| jginsburg@creditlaw.com | Anthony B. Fioravanti, BBO No. 664823 |
| teamkimmel@creditlaw.com | Reservoir Corporate Center |
| | 144 Turnpike Road, Suite 350 |
| *Attorneys for Plaintiff Garrett Traylor* | Southborough, MA 01772 |
| | Tel: (508) 490-8500 |
| | cakenney@KSlegal.com |
| | abfioravanti@KSlegal.com |
| | |
| | *Attorneys for Defendant LiveFree Emergency Response, Inc.* |

## CERTIFICATE OF SERVICE

     I hereby certify that on June 11, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                        /s/ Christopher E. Roberts